AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUL 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANGEL DE-JESUS-CAMPOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2396-BTM

I, ANGEL DE-JESUS-CAMPOS, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7/22/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Angel De Jesus Campos_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer